\

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GLORIA ROCHA, | ) | CASE NO. CV-19-6145-JFW(GJS) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | ) | |
| | ) | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant, | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND TWO HUNDRED TWENTY-SEVEN DOLLARS and 15 CENTS ($3,227.15), as authorized by 28 U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

DATED: January 9, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE